UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Sealed**

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| V. | ) | CAUSE NO. 1:17-mj-00661 |
|  | ) |  |
| BUSTER HERNANDEZ, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

### **PENALTY SHEET**

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number(s) | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1 | Title 18 U.S.C. § 2251(a) Sexual Exploitation of a Child | 15-30 | Up to $250,000 | 5-Life |  |
| 2 | Title 18 U.S.C. § 844(e) Threats to Use an Explosive Device | 0-10 | Up to $250,000 | NMT 3 years |  |
| 3 | Title 18 U.S.C. § 875 Threats to Injure | 0-5 | Up to $250,000 | NMT 3 years |  |

Dated: _____    _____
BUSTER HERNANDEZ
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana