UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

**FILED**

AUG 10 2017

**U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA**

August 4, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
46 EAST OHIO ST
INDIANAPOLIS, IN 46204

RE:      USA vs. BUSTER HERNANDEZ
USDC No.:   5:17-MJ-00034-JLT

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated August 04, 2017, transmitted herewith are the following documents:

**Electronic Documents: 1 to 7**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ S. Hall
Deputy Clerk

DATE RECEIVED: August 10, 2017

RECEIVED BY: Cindy B. Ulrich
             (Print Name)

NEW CASE NUMBER: 1:17mj-661-TAB-1