**CLOSED**

# U.S. District Court
## Eastern District of California - Live System (Bakersfield)
### CRIMINAL DOCKET FOR CASE #: 5:17-mj-00034-JLT-1

| | |
|---|---|
| Case title: USA v. Hernandez | Date Filed: 08/04/2017 |
| Other court case number: 1:17-mj-00661-CMM Southern District of Indiana | Date Terminated: 08/04/2017 |

Assigned to: Magistrate Judge Jennifer L. Thurston

**Defendant (1)**

| | | |
|---|---|---|
| **Buster Hernandez** *TERMINATED: 08/04/2017* | represented by | **Alekxia Lavinia Torres** Law Office of David Torres 1318 K Street Bakersfield, CA 93301 661-364-5252 Fax: 661-326-0936 Email: lextorres@lawtorres.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| RULE 5(c)(3) | |

**CLOSED**

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Brian William Enos**<br>United States Attorney<br>Fresno Office<br>2500 Tulare Street<br>Suite 4401<br>Fresno, CA 93721<br>(559) 497-4058<br>Fax: (559) 497-4099<br>Email: Brian.Enos@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Assistant US Attorney |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2017 | 1 | RULE 5(c)(3) ARREST and DOCUMENTS RECEIVED from Southern District of Indiana. Case 1:17-mj-00661-CMM as to Buster Hernandez (1). (Hall, S) (Entered: 08/04/2017) |
| 08/04/2017 | 2 | ARREST WARRANT RETURNED Executed on 8/3/2017 as to Buster Hernandez. (Hall, S) (Entered: 08/04/2017) |
| 08/04/2017 | 3 | SHACKLING MINUTE ORDER, signed by Magistrate Judge Jennifer L. Thurston on 8/4/2017: Pursuant to Local Rule 401, the Court hereby determined that the appropriate restraint level for Buster Hernandez is Fully Shackled (USM # 76731-097). (Hall, S) (Entered: 08/04/2017) |
| 08/04/2017 | 4 | MINUTES (Text Only) for proceedings before Magistrate Judge Jennifer L. Thurston: INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS re Criminal Complaint from the Southern District of Indiana as to Buster Hernandez held on 8/4/2017. True name stated as charged. Oral motion for appointment of counsel by defendant (CJA 23 rec'd)- So Ordered, Attorney Alekxia Torres (Initial Appearance Only) appointed. Defendant advised of rights, charges, maximum penalties. I.D. Hearing WAIVED. The matter of detention was addressed: Government moved for detention; defendant requested detention hearing be set at a later date to allow additional time for investigation- detention hearing to be held in district of offense. Defendant ORDERED TEMPORARILY DETAINED pending further proceedings. Defendant ORDERED TRANSPORTED immediately to the Southern District of Indiana. Government Counsel: Brian Enos (VTC) present. Defense Counsel: Alekxia Torres present. Pretrial Services Officer: Ryan Beckwith (VTC) present. Fresno CRD: W. Kusamura (VTC) present. Custody Status: (C)- FULLY SHACKLED. USM #76731-097. Court Reporter/CD Number: ECRO/FTR- Hall. (Hall, S) (Entered: 08/04/2017) |
| 08/04/2017 | 6 | NOTICE of ATTORNEY APPEARANCE: Alekxia Torres (Initial Appearance Only) appearing for Buster Hernandez. (Hall, S) (Entered: 08/04/2017) |
| 08/04/2017 | 7 | |

|  |  |  |
|---|---|---|
|  |  | COMMITMENT to ANOTHER DISTRICT, signed by Magistrate Judge Jennifer L. Thurston on 8/4/2017 as to Buster Hernandez. Defendant committed to Southern District of Indiana. (Hall, S) (Entered: 08/04/2017) |
| 08/04/2017 | 8 | TRANSMITTAL of DOCUMENTS on *8/4/2017* to * UNITED STATES DISTRICT COURT* *SOUTHERN DISTRICT OF INDIANA* *46 EAST OHIO ST* *INDIANAPOLIS, IN 46204*. *Electronic Documents: 1 to 7 * (Hall, S) (Entered: 08/04/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/14/2017 13:09:12 | | | |
| **PACER Login:** | dv3127:4285716:0 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 5:17-mj-00034-JLT |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |