AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of California



FILED
AUG 0 4 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:17-mj-00034-JLT |
| BUSTER HERNANDEZ | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BUSTER HERNANDEZ

Date: 08/04/2017

_____
*Attorney's signature*

Alekxia Torres      #296418
*Printed name and bar number*

1318 "K" Street
Bakersfield, CA 93301
*Address*

lextorres@lawtorres.com
*E-mail address*

(661) 326-0857
*Telephone number*

(661) 326-0936
*FAX number*