UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CAUSE NO. 1:17-mj-00661-TAB |
| ) | |
| BUSTER HERNANDEZ,   ) | |
| ) | |
| Defendant.   ) | |

MOTION FOR A 30-DAY
EXTENSION OF TIME TO FILE INDICTMENT

The United States of America requests an additional 30 days in which to present this case to a federal grand jury for indictment. In support of this request, the government proffers the following:

1. On August 3, 2017, the defendant, Buster Hernandez ("defendant") was arrested out an out-of-district Complaint Affidavit and Arrest Warrant in Bakersfield, California. The Complaint charges defendant with Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(a), Threats to Use and Explosive Device, in violation of Title 18, United States Code, Section 844(e), and Threats to Injure, in violation of Title 18, United States Code, Section 875. The defendant made his initial appearance in Bakersfield, California on August 4, 2017. The government orally moved for detention, and the defendant was ordered to be removed in custody, and transferred to the Southern District of Indiana.

2. Under 18 U.S.C. § 3161(b), the thirtieth day following the defendant's arrest, and therefore the date by which an information and indictment must be filed, is September 2, 2017. However, under 18 U.S.C. § 3161(h)(1)(F), a delay resulting from the transportation of any

defendant from another district is excluded, unless it is more than ten days from the date an order of removal or an order directing such transportation, and the defendant's arrival at the destination. Accordingly, and given that defendant was ordered removed on August 4, 2017, that time is deemed excludable.

3. In addition to the delay caused by the defendant's removal from Bakersfield, California, the Indianapolis Grand Juries are not meeting the last two weeks of August. Thus, the first available Grand Jury to hear this matter (other than the Grand Jury that met only a few days after his arrest) is scheduled to convene on September 6, 2017.

4. Finally, the government requires additional time to review the evidence of this case, which includes digital data recovered from the defendant's residence pursuant to a federal search warrant – all of which must be processed and reviewed. The government also requires additional time to obtain records held by various internet service providers that is relevant to alleged criminal activity by the defendant, as well as the identification of numerous victims. Because the "ends of justice [are] served by taking such action," and such ends outweigh the interests in a speedy trial, the Court should grant this motion. 18 U.S.C. § 3161(7)(A).

5. Counsel for the government is not able to consult with defendant's attorney, because one has yet to be assigned in the Southern District of Indiana.

For the reasons above, the parties respectfully request an order from the Court authorizing an extension of the time in which an indictment or information must be returned in this matter to and including October 2, 2017.

          Respectfully submitted,

          JOSH J. MINKLER
          United States Attorney

By:    s/Tiffany J. Preston
       Tiffany J. Preston
       Assistant United States Attorney
       Office of the United States Attorney
       10 W. Market St., Suite 2100
       Indianapolis, Indiana 46204-3048
       Telephone: (317) 226-6333
       Fax: (317) 226-6125
       Tiffany.Preston@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on August 15, 2017, a copy of the foregoing Motion for a 30-day Extension of Time to File Indictment was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                  By:    s/Tiffany J. Preston
                                            Tiffany J. Preston
                                            Assistant United States Attorney