UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:17-mj-0661 |
| | ) | |
| BUSTER HERNANDEZ, | ) | - 01 |
| Defendant. | ) | |

# MINUTE ENTRY
## For August 30, 2017

The parties appeared for an initial appearance on the Complaint filed on August 1, 2017. Defendant appeared in person and by FCD counsel Joseph Cleary. Government represented by AUSA Tiffany Preston. USPO represented by Jamie Roberts.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendant waived reading of the Complaint.

Government orally moved for pretrial detention and a hearing was scheduled. Preliminary and detention hearing set for **September 8, 2017 at 1:30 p.m. in courtroom 238**.

Counsel jointly moved for release of the Pretrial Services Report. The Court, finding good cause and no promise of confidentiality and no likelihood of harm, ordered the report released to counsel of record.

Government orally moved to unseal the case matter and the same granted.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Date:   30 AUG 2017   _____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system