UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:17-mj-0661-TAB ) |
| BUSTER HERNANDEZ, | ) ) |
| Defendant. | ) |

## APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Joseph M. Cleary, Indiana Federal Community Defenders, Inc., as attorney for the Defendant.

Dated:   September 1, 2017

*/S/Joseph M. Cleary*
Joseph M. Cleary
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Ste. 3200
Indianapolis, IN 46204
(317) 383-3520
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically.   Notice of this filing will be sent to the required parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

*/S/ Joseph M.Cleary*
Joseph M. Cleary