UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Cause No. 1:17-mj-00661-TAB |
| | ) | |
| BUSTER HERNANDEZ, | ) | |
| | ) | |
| *Defendant*. | ) | |

Denied as moot. This matter was unsealed on 08/30/2017 per Dkt. 9.
Dated: 1 SEP 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

**MOTION TO UNSEAL**

The United States of America, by and through its counsel, Tiffany J. Preston, Assistant United States Attorney, hereby moves the Court to unseal the above captioned cause.

In support of its motion, the United States submits that interests of justice and the needs of the case no longer require this matter to remain under seal.

Wherefore, the United States respectfully requests the Court grant the instant motion and unseal the captioned cause.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:  s:/*Tiffany J. Preston*
     Tiffany J. Preston
     Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, a copy of the foregoing motion was filed and notice of this filing will be sent to the parties by operation of the Court's electronic filing system.

s:/*Tiffany J. Preston*
Tiffany J. Preston
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN   46204-3048
Telephone: 317-226-6333
Fax:   317-226-6125
Email:   Tiffany.Preston@usdoj.gov